# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 19, 2008

Charles R. Fulbruge III
Clerk

No. 06-30790
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

SAMUEL LEE

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:02-CR-60

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Samuel Lee, federal prisoner # 27842-034, appeals the denial of his motion for inspection of the minutes of the grand jury proceedings in his criminal case. Lee was indicted by the grand jury for, and ultimately convicted of, extortion and conspiracy to commit extortion in violation of the Hobbs Act, 18 U.S.C. §§ 371, 1951(a). Lee contends that he needs access to the grand jury minutes to prove that witnesses who appeared before the grand jury perjured themselves.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

However, Lee does not brief any argument challenging the district court's basis for denying the motion—specifically, that the district court lacked jurisdiction to entertain the motion. Lee has thus abandoned any challenge to the district court's denial of his motion, see Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993); Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987), and the judgment of the district court is AFFIRMED.